# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

KELLIANNA MARY ONEILL                *

    Plaintiff,                                    *

    vs.                                              *

COMMISSIONER OF SOCIAL              *
SECURITY                                        *

    Defendant.                                   *

NO.  1:25-CV-09112-SLC

Plaintiff's request at Dkt. No. 10 is **GRANTED**.  The deadline for Plaintiff to file her brief is **EXTENDED** to **May 26, 2026**.  The deadline for the Commissioner to file his brief is **EXTENDED** to **July 27, 2026**. The deadline for Plaintiff to file her reply is **August 10, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 10.

SO ORDERED.    March 30, 2026

SARAH L. CAVE
United States Magistrate Judge

To the Honorable Judge Cave:

Kellianna Mary O'Neill, Plaintiff in the above-captioned matter, by and through their undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through May 26, 2026 for Plaintiff to file their Brief.

As such, the joint proposed schedule under Local Rule 4.1 is as follows: it is requested Plaintiff's memorandum would be due May 26, 2026.  It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on July 27, 2026.  Attorney Kristina Cohn on behalf of Candace Brown Casey consents to this proposed schedule.

Respectfully Submitted,
/s/ Ida M. Comerford
Ida M. Comerford, Esq.
*Attorney for Plaintiff*
Hiller Comerford Injury & Disability
6000 N. Bailey Avenue, Suite 1A
Amherst, New York 14226
icomerford@hillercomerford.com